**Opinion filed September 19, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00263-CR
_____

## CORNELIUS RONALD DEBE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 22123B**

---

## M E M O R A N D U M   O P I N I O N

Appellant, Cornelius Ronald Debe, pleaded guilty to the offense of assault family violence, enhanced.  Appellant entered into a plea agreement with the State. The trial court assessed Appellant's punishment pursuant to the plea agreement at confinement for four years.  Appellant filed a pro se notice of appeal.  We dismiss the appeal.

This court notified Appellant and his trial counsel by letter that we had received information from the trial court that Appellant had waived his right of

appeal and that this is a plea bargain case in which Appellant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d). We requested that Appellant respond and show grounds to continue the appeal. Neither Appellant nor his trial counsel has filed a response.

Rule 25.2(a)(2) provides that, in a plea bargain case in which the punishment does not exceed the punishment agreed to in the plea bargain, "a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, (B) after getting the trial court's permission to appeal, or (C) where the specific appeal is expressly authorized by statute." The documents on file in this appeal reflect that Appellant entered into a plea bargain, that Appellant's punishment was assessed in accordance with the plea bargain, and that Appellant waived his right of appeal. The plea agreement was signed by Appellant, his trial counsel, and the judge of the trial court. The trial court certified that this is a plea-bargain case and that Appellant has no right of appeal. The documents on file in this court support the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 613–14 (Tex. Crim. App. 2005). Therefore, we must dismiss this appeal without further action. TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, this appeal is dismissed.

September 19, 2019                                            PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.